UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. _____

SHARON COMO,

    Plaintiff,

v.

HUDSON'S BAY COMPANY,
SAKS FIFTH AVENUE, LLC, and
SAKS & COMPANY, LLC,

    Defendants.
_____/

## NOTICE OF REMOVAL

Defendant Hudson's Bay Company, Defendant Saks Fifth Avenue, LLC, and Defendant Saks & Company, LLC (referred to collectively as "Defendants"), pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, hereby remove this action from the Circuit Court of the 12th Judicial Circuit in and for Sarasota County, Florida, where the action is now pending, to the United States District Court for the Middle District of Florida, Tampa Division. The removal of this action is based upon the following:

1. On or about March 28, 2017, Plaintiff Sharon Como ("Plaintiff") filed a civil action in the Circuit Court of the 12th Judicial Circuit in and for Manatee County, Florida, entitled *Sharon Como v. Hudson's Bay Company et al.,* Case No. 2017-CA-001356 (hereinafter referred to as the "State Court Action").

2. Plaintiff's Complaint contains two causes of action, both of which invoke the original subject matter jurisdiction of this Court. In Count I, Plaintiff alleges that Defendants violated the Equal Pay Act, 29 U.S.C. § 206(d) (the "EPA"), by failing to pay her at a rate not

less than that which they paid to male employees for equal work. *Compl*. at ¶¶ 33-38. In Count II, Plaintiff alleges that Defendants violated the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. (the "FLSA"), by failing to pay her overtime compensation. *Compl*. at ¶¶ 39-44.

3. This action is within the original federal question jurisdiction of the United States District Court pursuant to 28 U.S.C. § 1331, because Plaintiff has asserted claims under the FLSA and the EPA.

4. Each Defendant was served with a copy of the Complaint and Summons in the State Court Action on May 2, 2017. This constituted each Defendant's first legal notice of the State Court Action for purposes of removal. Accordingly, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b), within thirty-days (30) from the date on which Defendants received notice of the State Court Action.

5. For the reasons stated above, this action is removable to this Court pursuant to the provisions of 28 U.S.C. §§ 1331, 1441.

6. The District and Division embracing the place where such action is pending is the United States District Court for the Middle District of Florida, Tampa Division. *See* 28 U.S.C. § 1441(a). The Middle District, Tampa Division, is the appropriate venue because Plaintiff alleges that the actions at issue took place in Sarasota County, Florida.

7. A true and correct copy of all process, pleadings, orders and other papers or exhibits of every kind currently on file in the State Court Action are attached hereto as Composite **Exhibit "A,"** as required by 28 U.S.C. § 1446(a).

8. Pursuant to 28 U.S.C. § 1446(d), Defendants have provided written Notice of the Removal to Plaintiff and has filed a copy of this Notice of Removal in the Circuit Court of the

12th Judicial Circuit, in and for Manatee County, Florida. A copy of Defendants' Notice of Filing Notice of Removal is attached hereto as **Exhibit "B."**

WHEREFORE, Defendants hereby remove the State Action from the Circuit Court of the 12th Judicial Circuit in and for Manatee County, Florida, to this Court, pursuant to 28 U.S.C. § 1441.

DATED this 31st day of May, 2017

Respectfully submitted,

LITTLER MENDELSON, P.C.
Wells Fargo Center
333 S.E. 2nd Avenue, Suite 2700
Miami, Florida 33131
Telephone: (305) 400-7500
Facsimile: (305) 603-2552

/s/ *Aaron Reed*
Aaron Reed, Esq.
Florida Bar No. 0557153
E-mail: areed@littler.com
Secondary: btapia@littler.com

*COUNSEL FOR DEFENDANTS*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 31st day of May, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served on all counsel of record or pro se identified on the attached Service List via transmission of notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner.

BY: /s/ *Aaron Reed*
Aaron Reed, Esq.

## SERVICE LIST

| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANTS |
|---|---|
| R. Michael Pierro, Jr., Esq.<br>Florida Bar No. 0013023<br>E-mail: mikepierro@rmpemploymentlaw.com<br>Secondary: tracy@rmpemploymentlaw.com<br>LAW OFFICE OF R. MICHAEL PIERRO, JR., P.A.<br>146 Second Street North, Suite 310<br>St. Petersburg, Florida 33701<br>Telephone: (727) 201-2573<br>Facsimile: (727) 491-7072 | Aaron Reed, Esq.<br>Florida Bar No. 0557153<br>E-mail: areed@littler.com<br>Secondary: btapia@littler.com<br>LITTLER MENDELSON, P.C.<br>Wells Fargo Center<br>333 S.E. 2nd Avenue, Suite 2700<br>Miami, Florida 33131<br>Telephone: (305) 400-7500<br>Facsimile: (305) 603-2552 |

Firmwide:147738144.3 093185.1004